UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DALE PIERSON, </br></br> Plaintiff, </br></br> vs. </br></br> NATIONAL INSTITUTE FOR LABOR RELATIONS RESEARCH AND STAN GREER </br></br> Defendants. | Case No. 16 CV 00449 </br></br> Judge Philip P. Simon </br></br> Magistrate Judge John E. Martin |

**DEFENDANTS' MOTION TO DISMISS**

NOW COME Defendants, NATIONAL INSTITUTE FOR LABOR RELATIONS RESEARCH ("NILRR") and STAN GREER ("Greer"), by and through their attorneys, NIELSEN, ZEHE & ANTAS, P.C., and for their Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), state as follows:

1. Plaintiff Dale Pierson has filed a Complaint at Law containing one count of defamation against both defendants. Specifically, plaintiff alleges that a website posting, authored by defendant Greer and posted on a website maintained by NILRR, contained defamatory statements. The post at issue was reporting on an oral argument in which plaintiff was involved before the Indiana Supreme Court in a case dealing with the constitutionality of Indiana's Right-to-Work law. The post questioned statements made by the plaintiff, the union representative at the oral argument, by pointing out inconsistent positions taken by the unions over the years.

2. Defendants seek dismissal of plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

3. Defendants move for dismissal on multiple bases arguing that the alleged defamatory statements at issue are: (1) substantially true; (2) an opinion and/or rhetorical hyperbole; (3) have not caused a pecuniary injury to plaintiff; (4) not made with actual malice; and (5) privileged under Indiana law.

4. Finally, defendants argue that the instant lawsuit is a strategic lawsuit against public participation, commonly referred to as a SLAPP, which is prohibited by the Indiana Anti-SLAPP Act, Indiana Code Section 34-7-7-1. In his post, Mr. Greer was reporting on a labor issue which has been for decades a heated matter of public concern.  Plaintiff's suit is an attempt to harass the opposition and stifle its ability to report on a matter of public concern.  Plaintiff should be subject to all penalties permitted under the Act.

5. Defendants have concurrently filed their Memorandum of Law in Support of Their Motion to Dismiss consistent with this Court's Local Rules.

WHEREFORE, for the reasons more fully set forth in Defendants' Memorandum of Law in Support, Defendants, NATIONAL INSTITUTE FOR LABOR RELATIONS RESEARCH and STAN GREER request that this Honorable Court grant their Motion to Dismiss, dismiss the matter in its entirety with prejudice and for any appropriate relief that this Court deems just.

Respectfully Submitted,

*/s/ John J. Murphy*

John J. Murphy
NIELSEN, ZEHE & ANTAS, P.C.
55 West Monroe – Suite 1800
Chicago, Illinois 60603
312.734.1005 (direct)
312.322.9977 (fax)
Jmurphy@nzalaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Defendants' Motion to Dismiss has been electronically filed with the Clerk of the United States District Court for the Northern District of Indiana, Hammond Division, by using the CM/ECF system which will send notification of such filing via electronic delivery to attorneys of record on February 7, 2017.

/s/ John J. Murphy
John J. Murphy
NIELSEN, ZEHE & ANTAS, P.C.
55 West Monroe – Suite 1800
Chicago, Illinois 60603
312.734.1005 (direct)
312.322.9977 (fax)
Jmurphy@nzalaw.com

Paul Bozych
John J. Murphy
NIELSEN, ZEHE & ANTAS, P.C.
55 West Monroe – Suite 1800
Chicago, Illinois 60603
312.734.1005 (direct)
312.322.9977 (fax)
pbozych@nzalaw.com
Jmurphy@nzalaw.com