IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DALE PIERSON, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL INSTITUTE FOR )<br>LABOR RELATIONS RESEARCH )<br>    ET. AL. )<br>    Defendants. ) | No. 2:16- CV-449 |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE STATUS CONFERENCE**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file a dismissal as soon as practicable. Accordingly, the parties respectfully requests that the Court vacate the telephonic status conference set for August 22, 2019 at 9:45 A.M.

Respectfully submitted,

/s/ Christopher D. Stidham
Christopher D. Stidham, #34213-64
Kenneth B. Elwood, #17937-45
Rhame, Elwood & McClure, PC
3200 Willowcreek Road, Suite A
Portage, Indiana 46368
(219) 762-0494
chrisstidham@rhameandelwood.com
kenelwood@rhameandelwood.com

/s/ Paul Bozych
Paul Bozych
John J. Murphy
Nielsen, Zehe & Antas, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603
(312) 322-9900
pbozych@nzalaw.com
jmurphy@nzalaw.com

CERTIFICATE OF SERVICE

      I certify that on August 22, 2019, a true and complete copy of the above and foregoing was served in accordance with Fed.R.Civ.P.5, pursuant to the district court's ECF system as the ECF filers, and was served by regular mail to non-ECF filers and parties who do not appear to be registered with the Court's ECF system.

Paul Bozych
John J. Murphy
Nielsen, Zehe & Antas, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603

      /s/ Christopher D. Stidham
      Christopher D. Stidham, #34213-64
      Kenneth B. Elwood, # 17937-45