IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| DALE PIERSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16- CV-449 |
| | ) | |
| NATIONAL INSTITUTE FOR | ) | |
| LABOR RELATIONS RESEARCH | ) | |
|     ET. AL. | ) | |
|     Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties, by their respective counsel, and hereby stipulate to the dismissal of the above referenced cause of action with prejudice.

Respectfully submitted,


/s/ Christopher D. Stidham                     /s/ Paul Bozych

| | |
|---|---|
| Christopher D. Stidham, #34213-64 | Paul Bozych |
| Kenneth B. Elwood, #17937-45 | John J. Murphy |
| Rhame, Elwood & McClure, PC | Nielsen, Zehe & Antas, P.C. |
| 3200 Willowcreek Road, Suite A | 55 W. Monroe Street, Suite 1800 |
| Portage, Indiana 46368 | Chicago, Illinois 60603 |
| (219) 762-0494 | (312) 322-9900 |
| chrisstidham@rhameandelwood.com | pbozych@nzalaw.com |
| kenelwood@rhameandelwood.com | jmurphy@nzalaw.com |

CERTIFICATE OF SERVICE

      I certify that on September 19, 2019, a true and complete copy of the above and foregoing was served in accordance with Fed.R.Civ.P.5, pursuant to the district court's ECF system as the ECF filers, and was served by regular mail to non-ECF filers and parties who do not appear to be registered with the Court's ECF system.

Paul Bozych
John J. Murphy
Nielsen, Zehe & Antas, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603

                                              /s/ Christopher D. Stidham
                                              Christopher D. Stidham, #34213-64
                                              Kenneth B. Elwood, # 17937-45