UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DALE D. PIERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 2:16CV449-PPS/JEM |
| | ) |
| NATIONAL INSTITUTE FOR LABOR | ) |
| RESEARCH and STAN GREER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties' joint Stipulation of Dismissal With Prejudice [DE 43] is SO ORDERED, and this action is DISMISSED WITH PREJUDICE, each party bearing its own fees and costs, except as otherwise agreed to by the parties.

The case is thereby **CLOSED**.

**SO ORDERED**.

ENTERED: September 20, 2019.

 /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT